IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MOJO MOBILITY INC.,**  Plaintiff,  v.  **SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,**  Defendants. | Civil Action No. 2:22-CV-0398-JRG-RSP  JURY TRIAL |

**JOINT NOTICE REGARDING MEDIATION**

Plaintiff, Mojo Mobility Inc. and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. hereby notify the Court that the parties mediated this matter on May 23, 2024, before mediator Antonio Piazza. The parties were not able to resolve the matter during that session but anticipate continuing discussions with the mediator, including potential further sessions, if the parties are making meaningful progress towards resolving this matter. Thus, pursuant to the Second Amended Docket Control Order (Dkt. 83 at 3), the parties do not believe a referral for mediation is necessary at this time.

| Dated: May 30, 2024 | Respectfully submitted, |
|---|---|
| **MCKOOL SMITH, P.C.**  /s/Steven J. Pollinger  Steven J. Pollinger  Texas State Bar No. 24011919  spollinger@McKoolSmith.com  Charles E. Fowler, Jr. | /s/ Allan M. Soobert  Allan M. Soobert  allansoobert@paulhastings.com  James V. Razick (*pro hac vice*)  James Razick@paulhastings.com |

1

Texas State Bar No. 24083014
cfowler@McKoolSmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@McKoolSmith.com
Kenneth M. Scott
Texas State Bar No. 24137497
kscott@mckoolsmith.com
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, Texas 78701
Phone: (512) 692-8700
Fax: (512) 692-8744

Ryan McBeth
Texas State Bar No. 24078955
rmcbeth@mckoolsmith.com
Archis "Neil" Ozarkar
Texas State Bar. 24079096
nozarkar@mckoolsmith.com
MCKOOL SMITH, P.C.
600 Travis St., Suite 7000
Houston, Texas 77002
Phone: (713) 485-7300
Fax: (713) 485-7344

Christopher P. McNett
cmcnett@McKoolSmith.com
MCKOOL SMITH, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Phone: (202) 370-8300
Fax: (202) 370-8344

Sam F. Baxter (SBN 01938000)
sbaxter@mckoolsmith.com
Jennifer L. Truelove (SBN 24012906)
jtruelove@mckoolsmith.com
104 East Houston, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF
MOJO MOBILITY INC.**

David Valente (*pro hac vice*)
davidvalente@paulhastings.com
Jason Mikus (pro hac vice)
jasonmikus@paulhastings.com
Kevin Stewart (pro hac vice)
kevinstewart@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
Soyoung Jung (*pro hac vice*)
soyoungjung@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert W. Unikel
robertunikel@paulhastings.com
John A. Cotiguala
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Melissa R. Smith (TX Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450

|  | Facsimile: (903) 934-9257 <br><br> Andrew Thompson ("Tom") Gorham <br> (TX Bar No. 24012715) <br> tom@gillamsmithlaw.com <br> James Travis Underwood <br> travis@gillamsmithlaw.com <br> GILLAM & SMITH, L.L.P. <br> 102 N. College, Suite 800 <br> Tyler, Texas 75702 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br><br><br> **ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.** |
|---|---|

## CERTIFICATE OF CONFERENCE

PURSUANT TO Local Rule CV-7(i), I hereby certify that counsel for the parties have complied with the meet and confer requirement set forth in Local Rule CV-7(h) and this stipulation is filed joint and unopposed.

*/s/ Steven J. Pollinger*
Steven J. Pollinger

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on May 30, 2024.

*/s/ Steven J. Pollinger*
Steven J. Pollinger