IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY INC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § and § SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendants*. § | Case No. 2:22-cv-00398-JRG-RSP |

## ORDER

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. previously filed a Motion for Summary Judgment of No Willful Infringement or Enhanced Damages (Dkt. No. 93.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 190), recommending denial of the motion. Samsung has now filed Objections (Dkt. No. 209).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of No Willful Infringement or Enhanced Damages, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of No Willful Infringement or Enhanced Damages (Dkt. No. 93) is **DENIED**.

**So ORDERED and SIGNED this 9th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE