IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY INC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> § <br> *Defendants*. § | Case No. 2:22-cv-00398-JRG-RSP |

### ORDER

Mojo Mobility Inc. ("Mojo") filed a Motion for Partial Summary Judgment on Prosecution Laches (Dkt. No. 91). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 197), recommending denial of the motion. Mojo has now filed Objections (Dkt. No. 216).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment on Prosecution Laches, the Report and Recommendation, and the briefing on Mojo's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Mojo's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment on Prosecution Laches (Dkt. No. 91) is **DENIED**.

**So ORDERED and SIGNED this 9th day of July, 2024.**

                                              _____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE