# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOJO MOBILITY INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00398-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED
MOTION TO REDACT THE PRETRIAL CONFERENCE TRANSCRIPT**

████████████

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), pursuant to the Court's Standing Order Regarding Protection of Proprietary and/or Confidential Information to be Presented to the Court During Motion and Trial Practice, respectfully move the Court to redact Samsung's confidential information from the July 1, 2024 pretrial conference transcript (Ex. A). Specifically, Samsung seeks to redact the names of certain Samsung licensing partners that are not publicly known.

During the pretrial conference, counsel for Mojo Mobility first referenced on the record parties with whom Samsung has entered into a license agreement. Ex. A at 51:9, 51:24-25, 52:6, 52:16. Counsel for Samsung subsequently addressed this on the record. *Id*. at 53:6, 55:9-10, 55:13, 55:18. Counsel for Mojo Mobility and the Court then referenced other Samsung licensing partners on the record. *Id*. at 60:1, 125:20-22, 127:10, 127:17, 127:19, 129:3, 129:7, 129:10-11. Samsung believes it is appropriate to redact such information from the transcript and now moves to effectuate the redaction of such information. Samsung requests that the Court order the redaction of the party names discussed on the following pages of the pretrial conference transcript:

| Page | Line(s) |
|------|---------|
| 51   | 9       |
| 51   | 24-25   |
| 52   | 6       |
| 52   | 16      |
| 53   | 6       |
| 55   | 9-10    |
| 55   | 13      |
| 55   | 18      |
| 60   | 1       |
| 125  | 20-22   |
| 127  | 10      |
| 127  | 17      |
| 127  | 19      |
| 129  | 3       |
| 129  | 7       |
| 129  | 10-11   |

Samsung's requested redactions are highlighted in Exhibit A, attached hereto. Counsel for Mojo Mobility represented that they do not oppose the requested relief.

Samsung considers this information to be highly sensitive and confidential, as the licensing relationship between Samsung and the parties referenced on the record is not otherwise known to the public. Public disclosure of Samsung's licensing partners creates a risk of harm to Samsung during future licensing negotiations and/or business transactions. This harm outweighs the presumption of public access at least because the redactions will not affect the public's ability to understand the underlying issues in the rest of the record, as the specific party names are not germane to the issues discussed at the pretrial conference.

Good cause exists to redact this information from the transcript in light of the potential harm to Samsung. This motion is brought shortly after the pretrial conference in which these specific licensing partners were named on the record. And all individuals present in the courtroom during the pretrial conference were subject to this case's Protective Order (Dkt. 31)—i.e., the attorneys for the parties, the Court, its clerks, and supporting staff members. As such, there was no need to seal the courtroom during the discussion of the party names. Furthermore, Samsung reasonably anticipated that the specific names of its licensing partners would not be used on the record because reference to specific names was unnecessary to argue any dispute and the parties had exhibit numbers available to use. As noted above, redacting those specific names will not inhibit the public's ability to understand the dispute, the arguments, or any resolution. Samsung respectfully requests that the Court grants its motion for these targeted redactions of the specific names of Samsung's licensing partners.

DATED: July 11, 2024                              Respectfully submitted,

By: */s/ Allan M. Soobert*
Allan M. Soobert
allansoobert@paulhastings.com
James V. Razick (*pro hac vice*)
jamesrazick@paulhastings.com
David Valente (*pro hac vice*)
davidvalente@paulhastings.com
Jason Mikus (*pro hac vice*)
jasonmikus@paulhastings.com
Kevin Stewart (*pro hac vice*)
kevinstewart@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
Soyoung Jung (*pro hac vice*)
soyoungjung@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert W. Unikel
robertunikel@paulhastings.com
John A. Cotiguala
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

        Melissa R. Smith (TX Bar No. 24001351)
        melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 S. Washington Ave.
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

        Andrew Thompson ("Tom") Gorham
        (TX Bar No. 24012715)
        tom@gillamsmithlaw.com
        James Travis Underwood
        travis@gillamsmithlaw.com
        GILLAM & SMITH, L.L.P.
        102 N. College, Suite 800
        Tyler, Texas 75702
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

        *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on July 10, 2024, counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is unopposed.

                      */s/ Allan M. Soobert*
                      Allan M. Soobert

## CERTIFICATE OF AUTHORIZATION TO SEAL

I hereby certify that under Local Rule CV-5(a)(7), the foregoing document is filed under seal pursuant to the Court's Protective Order entered in this matter.

                      */s/ Allan M. Soobert*
                      Allan M. Soobert

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 11, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and by email.

                                                  */s/ Allan M. Soobert*
                                                  Allan M. Soobert

Case 2:22-cv-00398-JRG-RSP   Document 243   Filed 07/18/24   Page 6 of 6 PageID #: 36254