IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY INC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>*Defendants*. | Case No. 2:22-cv-00398-JRG-RSP |

## ORDER

Before the Court are the Unopposed Motion to Redact the Pretrial Conference Transcript and the Unopposed Motion to Redact Exhibit 1 to the Minutes of the July 1, 2024, Pretrial Conference filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. **Dkt. Nos. 238, 239.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the pretrial conference transcript be redacted for the portions indicated in Samsung's Motion (Dkt. No. 238 at 2) and exemplified by Dkt. No. 238-2. It is

**FURTHER ORDERED** that Exhibit 1 to the Minutes of the July 1, 2024, Pretrial Conference (Dkt. No. 227-1) may be filed under seal.

**SIGNED this 19th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE