IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY INC., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | Case No. 2:22-cv-00398-JRG-RSP |

## ORDER

Before the Court is the Claim Construction Order of Magistrate Judge Payne dated May 16, 2024 (Dkt. No. 124). Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") has filed Objections to the Order (Dkt. No. 175) and Plaintiff Mojo Mobility Inc. has responded (Dkt. No. 198).

After considering the reasoning provided in the Order, the underlying claim construction briefing, and Samsung's Objections, the Court agrees with the conclusions reached within the Order and finds Samsung's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** Samsung's Objections and **ADOPTS** Magistrate Judge Payne's Order.

So ORDERED and SIGNED this 24th day of July, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE