# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY INC. § § Plaintiff, § § v. § § SAMSUNG ELECTRONICS CO., LTD.; § SAMSUNG ELECTRONICS AMERICA, § INC., § § Defendants. § § | Civil Action No. 2:22-CV-00398-JRG-RSP JURY TRIAL DEMANDED |

## JOINT SUBMISSION OF THE JOINT AND PARTY TRIAL EXHIBIT LISTS

████████████

Pursuant to the Court's order at the July 26, 2024 pretrial conference, Plaintiff Mojo Mobility Inc. ("Mojo") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully submit the Joint Trial Exhibit List (attached as Exhibit A), Mojo's Trial Exhibit List (attached as Exhibit B), and Samsung's Trial Exhibit List (attached as Exhibit C). Exhibits in each of the party lists (Exhibits B and C) were allowed by the Court over the other party's objection.

DATED: August 1, 2024

Respectfully submitted,

By: /s/ Allan M. Soobert
Allan M. Soobert
allansoobert@paulhastings.com
James V. Razick (*pro hac vice*)
jamesrazick@paulhastings.com
David Valente (*pro hac vice*)
davidvalente@paulhastings.com
Jason Mikus (*pro hac vice*)
jasonmikus@paulhastings.com
Kevin Stewart (*pro hac vice*)
kevinstewart@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
Soyoung Jung (*pro hac vice*)
soyoungjung@paulhastings.com
Sasha Vujcic (*pro hac vice*)
sashavujcic@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert W. Unikel
robertunikel@paulhastings.com
John A. Cotiguala

johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Melissa R. Smith (TX Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew Thompson ("Tom") Gorham
(TX Bar No. 24012715)
tom@gillamsmithlaw.com
James Travis Underwood
travis@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

| | |
|---|---|
| Samuel F. Baxter<br>Texas State Bar No. 1938000<br>sbaxter@McKoolSmith.com<br>Jennifer Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>Kevin Burgess<br>Texas State Bar No. 24006927 | */s/ Steven J. Pollinger*<br>Steven J. Pollinger<br>Texas State Bar No. 24011919<br>spollinger@McKoolSmith.com<br>Charles E. Fowler, Jr.<br>Texas State Bar No. 24083014<br>cfowler@McKoolSmith.com<br>George T. Fishback, Jr.<br>Texas State Bar No. 24120823 |

| | |
|---|---|
| kburgess@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>104 E. Houston Street, Suite 300<br>Marshall, Texas 75670<br>Phone: (903) 923-9000<br>Fax: (903) 923-9099<br>Christopher P. McNett (*PHV*)<br>cmcnett@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>1999 K Street NW, Suite 600<br>Washington, D.C. 20006<br>Phone: (202) 370-8300<br>Fax: (202) 370-8344 | gfishback@McKoolSmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, Texas 78701<br>Phone: (512) 692-8700<br>Fax: (512) 692-8744<br>Ryan McBeth<br>Texas State Bar No. 24078955<br>rmcbeth@mckoolsmith.com<br>Archis "Neil" Ozarkar<br>Texas State Bar. 24079096<br>nozarkar@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>600 Travis St., Suite 7000<br>Houston, Texas 77002<br>Phone: (713) 485-7300<br>Fax: (713) 485-7344 |

*Attorneys for Plaintiff Mojo Mobility Inc.*

## CERTIFICATE OF AUTHORIZATION TO SEAL

I hereby certify that under Local Rule CV-5(a)(7), the foregoing document is filed under seal pursuant to the Court's Protective Order entered in this matter.

                                                               */s/ Allan M. Soobert*
                                                               Allan M. Soobert

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 1, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and by email.

                                                               */s/ Allan M. Soobert*
                                                                Allan M. Soobert