# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOJO MOBILITY, INC.,** | |
| Plaintiff, | Civil Action No. 2:22-cv-00398 |
| vs. | |
| **SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,** | JURY TRIAL |
| Defendant. | |

## PLAINTIFF'S NOTICE OF FINAL ASSERTED PATENTS AND CLAIMS

Plaintiff, Mojo Mobility, Inc. hereby provides Notice to the Court of the following Final Asserted claims. These claims were timely served on Defendants on August 6, 2024.

| Patent | Elected Claims | Totals |
|---|---|---|
| 9,577,440 | 1 | 1 |
| 11,201,500 | 23, 30 | 2 |
| 11,316,371 | 28, 30 | 2 |
| 11,462,942 | 1, 21 | 2 |
| 11,342,777 | 15 | 1 |
| | | 8 |

| | |
|---|---|
| Dated: September 5, 2024 | Respectfully submitted, |
| | |
| Samuel F. Baxter | /s/ Steven J. Pollinger |
| Texas State Bar No. 1938000 | Steven J. Pollinger |
| sbaxter@McKoolSmith.com | Texas State Bar No. 24011919 |
| Jennifer Truelove | spollinger@McKoolSmith.com |
| Texas State Bar No. 24012906 | Charles E. Fowler, Jr. |
| jtruelove@McKoolSmith.com | Texas State Bar No. 24083014 |
| Kevin Burgess | cfowler@McKoolSmith.com |
| Texas State Bar No. 24006927 | George T. Fishback, Jr. |
| kburgess@mckoolsmith.com | Texas State Bar No. 24120823 |

| | |
|---|---|
| MCKOOL SMITH, P.C.<br>104 E. Houston Street, Suite 300<br>Marshall, Texas 75670<br>Phone: (903) 923-9000<br>Fax: (903) 923-9099<br><br>Christopher P. McNett (*PHV*)<br>cmcnett@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>1999 K Street NW, Suite 600<br>Washington, D.C. 20006<br>Phone: (202) 370-8300<br>Fax: (202) 370-8344 | gfishback@McKoolSmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, Texas 78701<br>Phone: (512) 692-8700<br>Fax: (512) 692-8744<br><br>Ryan McBeth<br>Texas State Bar No. 24078955<br>rmcbeth@mckoolsmith.com<br>Archis "Neil" Ozarkar<br>Texas State Bar. 24079096<br>nozarkar@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>600 Travis St., Suite 7000<br>Houston, Texas 77002<br>Phone: (713) 485-7300<br>Fax: (713) 485-7344 |

**ATTORNEYS FOR PLAINTIFF MOJO MOBILITY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on September 5, 2024.

*/s/ Steven J. Pollinger*
Steven J. Pollinger