IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY INC., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | Case No. 2:22-cv-00398-JRG-RSP |

### ORDER

Plaintiff Mojo Mobility Inc. previously filed a Motion for Partial Summary Judgment (Dkt. No. 92.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 223), recommending denial of the motion. Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Partial Summary Judgment (Dkt. No. 92) is **DENIED**.

So ORDERED and SIGNED this 5th day of September, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE