IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MOJO MOBILITY INC.** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:22-CV-00398-JRG |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| **and SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 6, 2024

**OPEN:  09:12 AM**            **ADJOURN:  05:16 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Amy Wann<br>Brendan McLaughlin<br>Riley Zoch |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:12 AM | Court opened. |
| 09:12 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:24 AM | Court called for announcements from the parties. |
| 09:26 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:35 AM | Prospective Jurors began introduction of themselves. |
| 09:58 AM | Court provided additional instructions to Jury Pool. |
| 10:02 AM | *Voir dire* on behalf of Plaintiff by Ms. Truelove. |
| 10:33 AM | *Voir dire* on behalf of Defendants by Mr. Underwood. |
| 11:03 AM | Bench conference with counsel. |
| 11:06 AM | Bench conference concluded. |
| 11:07 AM | Court instructions provided to Jury Pool.  Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:09 AM | Remainder of Jury Pool recessed. |
| 11:10 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:11 AM | Strike conference began with specifically named juror(s). |
| 11:43 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:43 AM | Recess. |
| 12:19 PM | Court reconvened. |
| 12:19 PM | Instructions given by the Court.  Jurors selected. |
| 12:22 PM | Jurors sworn. |
| 12:25 PM | Remainder of Jury Pool excused. |
| 12:25 PM | Additional instructions given by the Court. |
| 12:36 PM | Jury recessed for lunch. |
| 12:37 PM | Issue addressed by the Court as set forth in the record. |
| 12:40 PM | Recess. |
| 01:24 PM | Court reconvened. |
| 01:27 PM | Jury returned to courtroom. |
| 01:27 PM | Court gave preliminary instructions to Jury. |
| 02:02 PM | Notebooks provided to Jury. |
| 02:11 PM | Plaintiff's opening statement by Mr. Pollinger. |
| 02:42 PM | Defendants' opening statement by Mr. Unikel. |
| 03:12 PM | Opening statements concluded. |
| 03:13 PM | Jury recessed for break. |
| 03:13 PM | Rule invoked to exclude expert witnesses and corporate representatives. |
| 03:14 PM | Recess. |
| 03:27 PM | Court reconvened. |
| 03:27 PM | Bench conference. |
| 03:28 PM | Bench conference concluded. |
| 03:28 PM | Jury returned to courtroom. |
| 03:28 PM | Plaintiff's case-in-chief: |
| 03:28 PM | Witness sworn. |
| 03:29 PM | Direct examination of Dr. Afshin Partovi by Mr. Pollinger. |
| 03:35 PM | Bench conference. |
| 03:36 PM | Bench conference concluded. |
| 03:36 PM | Continuation direct examination of Dr. Partovi. |
| 03:41 PM | Bench conference. |
| 03:46 PM | Bench conference concluded. |
| 03:47 PM | Continuation direct examination of Dr. Partovi. |
| 04:36 PM | Bench conference. |
| 04:36 PM | Bench conference concluded. |
| 04:36 PM | Continuation direct examination of Dr. Partovi. |
| 05:13 PM | Court provided instructions to the Jury. |
| 05:15 PM | Jury recessed for the day until 8:30 AM Monday morning. |
| 05:15 PM | Court reminded the parties of their ongoing meet and confer obligations.  Court will be available by 7:30 AM Monday morning to take up disputes. |
| 05:16 PM | Court adjourned until Monday morning. |