# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOJO MOBILITY INC.** | § |
| | § |
| v. | § |
| | §   CIVIL ACTION NO.  2:22-CV-00398-JRG |
| **SAMSUNG ELECTRONICS CO., LTD.,** | § |
| and **SAMSUNG ELECTRONICS** | § |
| **AMERICA, INC.** | § |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 10, 2024

**OPEN:  08:22 AM**                                                         **ADJOURN:  05:45 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Amy Wann<br>Brendan McLaughlin<br>Riley Zoch |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:22 AM | Court opened. |
| 08:22 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:27 AM | Continuation Plaintiff's case-in-chief: |
| 08:27 AM | Continuation cross examination of Professor David Ricketts by Mr. Soobert. |
| 08:55 AM | Redirect examination of Professor David Ricketts by Mr. McBeth. |
| 08:57 AM | Bench conference. |
| 08:59 AM | Bench conference concluded. |
| 08:59 AM | Court provided instructions to the Jury. |
| 09:03 AM | Continuation redirect examination of Professor David Ricketts. |
| 09:19 AM | Recross examination of Professor David Ricketts by Mr. Soobert. |
| 09:22 AM | Additional redirect examination of Professor David Ricketts by Mr. McBeth. |
| 09:24 AM | Completion of testimony of Professor David Ricketts. |
| 09:25 AM | Witness sworn. |
| 09:26 AM | Direct examination of Dr. Rebbecca Reed-Arthurs by Ms. Truelove. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:29 AM | **Courtroom sealed**. |
| 09:29 AM | Continuation direct examination of Dr. Rebbecca Reed-Arthurs. |
| 09:31 AM | **Courtroom unsealed**. |
| 09:31 AM | Continuation direct examination of Dr. Rebbecca Reed-Arthurs. |
| 09:39 AM | Cross examination of Dr. Rebbecca Reed-Arthurs by Mr. Underwood. |
| 09:42 AM | **Courtroom sealed**. |
| 09:42 AM | Continuation cross examination of Dr. Rebbecca Reed-Arthurs. |
| 09:45 AM | **Courtroom unsealed**. |
| 09:46 AM | Continuation cross examination of Dr. Rebbecca Reed-Arthurs. |
| 10:00 AM | Redirect examination of Dr. Rebbecca Reed-Arthurs by Ms. Truelove. |
| 10:03 AM | Completion of testimony of Dr. Rebbecca Reed-Arthurs. |
| 10:03 AM | Jury recessed for break. |
| 10:04 AM | Recess. |
| 10:16 AM | Court reconvened. |
| 10:16 AM | Court directed counsel to meet and confer and jointly submit an updated proposed final jury instruction and jury verdict form by 9:00 AM tomorrow in Word format and electronically transmitted to Court staff. |
| 10:18 AM | Jury returned to courtroom. |
| 10:18 AM | Witness sworn. |
| 10:19 AM | Direct examination of Mr. Jim Bergman by Ms. Truelove. |
| 10:44 AM | **Courtroom sealed**. |
| 10:44 AM | Continuation direct examination of Mr. Jim Bergman. |
| 10:50 AM | **Courtroom unsealed**. |
| 10:51 AM | Continuation direct examination of Mr. Jim Bergman. |
| 11:24 AM | Cross examination of Mr. Jim Bergman by Mr. Kamber. |
| 12:03 PM | Jury recessed for lunch break. |
| 12:04 PM | Recess. |
| 01:01 PM | Court reconvened. |
| 01:01 PM | Issue raised by counsel and addressed by the Court as set forth in the record. |
| 01:04 PM | Jury returned to courtroom. |
| 01:05 PM | Continuation cross examination of Mr. Jim Bergman by Mr. Kamber. |
| 01:06 PM | **Courtroom sealed**. |
| 01:06 PM | Continuation cross examination of Mr. Jim Bergman. |
| 01:17 PM | **Courtroom unsealed**. |
| 01:17 PM | Continuation cross examination of Mr. Jim Bergman. |
| 01:23 PM | Redirect examination of Mr. Jim Bergman by Ms. Truelove. |
| 01:27 PM | Recross examination of Mr. Jim Bergman by Mr. Kamber. |
| 01:28 PM | Completion of testimony of Mr. Jim Bergman. |
| 01:29 PM | Plaintiff rested its case-in-chief. |
| 01:29 PM | Defendants' case-in-chief: |
| 01:29 PM | Witness sworn. |
| 01:29 PM | Direct examination of Mr. Joseph Repice by Mr. Underwood. |
| 01:49 PM | **Courtroom sealed**. |
| 01:49 PM | Continuation direct examination of Mr. Joseph Repice. |
| 02:02 PM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:02 PM | Cross examination of Mr. Joseph Repice by Mr. Pollinger. |
| 02:12 PM | Completion of testimony of Mr. Joseph Repice. |
| 02:13 PM | Witness sworn.  (Interpreter, Ms. Ann Park, previously sworn.) |
| 02:13 PM | Direct examination of Mr. Wooram Lee (with aid of interpreter) by Mr. Unikel. |
| 02:59 PM | Jury recessed for break. |
| 03:00 PM | Recess. |
| 03:18 PM | Court reconvened. |
| 03:18 PM | Jury returned to courtroom. |
| 03:19 PM | Continuation direct examination of Mr. Wooram Lee (with aid of interpreter) by Mr. Unikel. |
| 03:34 PM | **Courtroom sealed**. |
| 03:34 PM | Continuation direct examination of Mr. Wooram Lee (with aid of interpreter). |
| 04:04 PM | **Courtroom unsealed**. |
| 04:04 PM | Cross examination of Mr. Wooram Lee (with aid of interpreter) by Mr. Burgess. |
| 04:28 PM | Bench conference. |
| 04:30 PM | Bench conference concluded. |
| 04:30 PM | Continuation cross examination of Mr. Wooram Lee (with aid of interpreter). |
| 04:36 PM | Bench conference. |
| 04:39 PM | Bench conference concluded. |
| 04:39 PM | Continuation cross examination of Mr. Wooram Lee (with aid of interpreter). |
| 05:07 PM | Redirect examination of Mr. Wooram Lee (with aid of interpreter) by Mr. Unikel. |
| 05:12 PM | Completion of testimony of Mr. Wooram Lee. |
| 05:12 PM | Bench conference. |
| 05:13 PM | Bench conference concluded. |
| 05:13 PM | Witness sworn. |
| 05:15 PM | Direct examination of Dr. Hangseok Choi by Mr. Kamber. |
| 05:24 PM | **Courtroom sealed**. |
| 05:24 PM | Continuation direct examination of Dr. Hangseok Choi. |
| 05:25 PM | **Courtroom unsealed**. |
| 05:26 PM | Continuation direct examination of Dr. Hangseok Choi. |
| 05:41 PM | Court provided instructions to the Jury. |
| 05:42 PM | Jury recessed until 8:30 tomorrow morning. |
| 05:44 PM | Court reminded counsel re: joint submission of proposed final jury instruction and verdict form by 9:00 AM tomorrow morning. |
| 05:45 PM | Court adjourned. |