# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOJO MOBILITY INC.** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:22-CV-00398-JRG |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| **and SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 11, 2024

**OPEN:** 08:16 AM                                                                                             **ADJOURN:** 06:04 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Amy Wann<br>Brendan McLaughlin<br>Riley Zoch |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:16 AM | Court opened. |
| 08:17 AM | Exhibits used prior day read into the record. |
| 08:19 AM | Court took up disputed issues, heard argument and made rulings as set forth in the record. |
| 08:35 AM | Jury entered the courtroom. |
| 08:36 AM | Continuation Defendants' case-in-chief: |
| 08:36 AM | Continuation direct examination of Dr. Hangseok Choi by Mr. Kamber. |
| 08:42 AM | **Courtroom sealed**. |
| 08:42 AM | Continuation direct examination of Dr. Hangseok Choi. |
| 08:45 AM | **Courtroom unsealed**. |
| 08:46 AM | Continuation direct examination of Dr. Hangseok Choi. |
| 08:48 AM | Cross examination of Dr. Hangseok Choi by Mr. Burgess. |
| 08:49 AM | Completion of testimony of Dr. Hangseok Choi. |
| 08:50 AM | Witness sworn. |
| 08:50 AM | Direct examination of Dr. Regan Zane by Mr. Soobert. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:11 AM | **Courtroom sealed**. |
| 09:12 AM | Continuation direct examination of Dr. Regan Zane. |
| 09:32 AM | **Courtroom unsealed**. |
| 09:33 AM | Continuation direct examination of Dr. Regan Zane. |
| 10:02 AM | Jury recessed for break. |
| 10:02 AM | Recess. |
| 10:15 AM | Court reconvened. |
| 10:15 AM | Jury returned to courtroom. |
| 10:16 AM | Continuation direct examination of Dr. Regan Zane by Mr. Soobert. |
| 11:28 AM | Cross examination of Dr. Regan Zane by Mr. Burgess. |
| 11:36 AM | Bench conference. |
| 11:44 AM | Bench conference concluded. |
| 11:44 AM | Continuation cross examination of Dr. Regan Zane. |
| 11:47 AM | **Courtroom sealed**. |
| 11:48 AM | Continuation cross examination of Dr. Regan Zane. |
| 11:56 AM | **Courtroom unsealed**. |
| 11:56 AM | Jury recessed for lunch break. |
| 11:57 AM | Recess. |
| 01:08 PM | Court reconvened. |
| 01:08 PM | Issue raised and addressed by the Court as set forth in the record. |
| 01:19 PM | Jury returned to courtroom. |
| 01:19 PM | Continuation cross examination of Dr. Regan Zane by Mr. Burgess. |
| 02:04 PM | Bench conference. |
| 02:04 PM | Bench conference concluded. |
| 02:04 PM | Continuation cross examination of Dr. Regan Zane. |
| 02:12 PM | Bench conference. |
| 02:19 PM | Bench conference concluded. |
| 02:19 PM | Continuation cross examination of Dr. Regan Zane. |
| 02:43 PM | Redirect examination of Dr. Regan Zane by Mr. Soobert. |
| 03:00 PM | Recross examination of Dr. Regan Zane by Mr. Burgess. |
| 03:05 PM | Completion of testimony of Dr. Regan Zane. |
| 03:06 PM | Witness sworn |
| 03:07 PM | Direct examination of Mr. David Baarman by Mr. Unikel. |
| 03:30 PM | Jury recessed for break. |
| 03:31 PM | Recess. |
| 03:45 PM | Court reconvened. |
| 03:45 PM | Jury returned to courtroom. |
| 03:46 PM | Continuation direct examination of Mr. David Baarman by Mr. Unikel. |
| 04:23 PM | Cross examination of Mr. David Baarman by Mr. Pollinger. |
| 04:46 PM | Completion of testimony of Mr. David Baarman. |
| 04:46 PM | Witness sworn. |
| 04:48 PM | Direct examination of Ms. Julia Rowe by Mr. Kamber. |
| 05:06 PM | **Courtroom sealed**. |
| 05:06 PM | Continuation direct examination of Ms. Julia Rowe. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:25 PM | **Courtroom unsealed**. |
| 05:25 PM | Continuation direct examination of Ms. Julia Rowe. |
| 05:33 PM | Bench conference. |
| 05:34 PM | Bench conference concluded. |
| 05:34 PM | Cross examination of Ms. Julia Rowe by Ms. Truelove. |
| 05:47 PM | Bench conference. |
| 05:47 PM | Bench conference concluded. |
| 05:47 PM | Continuation cross examination of Ms. Julia Rowe. |
| 05:56 PM | Completion of testimony of Ms. Julia Rowe. |
| 05:57 PM | Defendants rested their case-in-chief. |
| 05:57 PM | Plaintiff offered no rebuttal witnesses. |
| 05:57 PM | Both sides rested. |
| 05:57 PM | Court provided instructions to Jury. |
| 06:00 PM | Jury excused for the remainder of the day to return tomorrow at 12:00 noon. |
| 06:01 PM | Court will take up Rule 50(a) motions at 9:30 AM tomorrow morning, followed by informal charge conference (off the record).  Court will then conduct formal charge conference (on the record). Thereafter, Court will charge the jury and hear closing arguments. |
| 06:04 PM | Court adjourned. |