# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOJO MOBILITY INC.** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:22-CV-00398-JRG |
| **SAMSUNG ELECTRONICS CO., LTD.,** § | |
| **and SAMSUNG ELECTRONICS** § | |
| **AMERICA, INC.** § | |

## MINUTES FOR JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 12, 2024

**OPEN:** 09:32 AM                                                                 **ADJOURN:** 04:28 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Amy Wann<br>Brendan McLaughlin<br>Riley Zoch |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:32 AM | Court opened. |
| 09:33 AM | Exhibits used prior day read into the record. |
| 09:34 AM | Court to take up Rule 50(a) motions. |
| 09:34 AM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 09:36 AM | Court began hearing argument on Rule 50(a) motions. |
| 09:45 AM | Arguments concluded. |
| 09:45 AM | Court made rulings as set forth in the record. |
| 09:46 AM | Completion of Rule 50(a) motions hearing. |
| 09:47 AM | Informal charge conference to be held in chambers (off the record) following recess. |
| 09:48 AM | Recess. |
| 12:49 PM | Court reconvened. |
| 12:51 PM | Formal charge conference started. |
| 12:51 PM | Mr. Fowler argued for the Plaintiff.  Mr. Kamber argued for the Defendants. |
| 01:00 PM | Formal charge conference completed. |
| 01:00 PM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:14 PM | Court reconvened. |
| 01:16 PM | Jury entered the courtroom. |
| 01:17 PM | Court provided instructions to Jury. |
| 02:22 PM | Closing argument by Plaintiff's counsel, Ms. Truelove. |
| 02:34 PM | Additional closing argument by Plaintiff's counsel, Mr. Pollinger. |
| 02:54 PM | Closing argument by Defendants' counsel, Mr. Unikel. |
| 03:33 PM | Final closing argument by Plaintiff's counsel, Mr. Pollinger. |
| 03:42 PM | Closing arguments concluded. |
| 03:43 PM | Court gave final instructions to the Jury. |
| 03:48 PM | Jury retired to jury room to deliberate. |
| 03:48 PM | Court recessed. |
| 04:26 PM | Court reconvened. |
| 04:26 PM | Court informed counsel of a Jury note received by the Court. |
| 04:26 PM | Discussion with counsel. |
| 04:27 PM | Court instructed CSO to hand-deliver response to Jury. |
| 04:28 PM | Recess. |
|  |  |
| **** |  |
| 05:35 PM | Jury recessed until 8:30 AM tomorrow morning to continue deliberations. |