**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MOJO MOBILITY INC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00398-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., | § | |
| LTD. and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Plaintiff**" or "**Mojo**" refers to Plaintiff Mojo Mobility Inc.
- "**Defendants**" or "**Samsung**" refers to Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.
- The "**'440 Patent**" refers to U.S. Patent No. 9,577,440.
- The "**'500 Patent**" refers to U.S. Patent No. 11,201,500.
- The "**'371 Patent**" refers to U.S. Patent No. 11,316,371.
- The "**'942 Patent**" refers to U.S. Patent No. 11,462,942.
- The "**'777 Patent**" refers to U.S. Patent No. 11,342,777.
- The "**Asserted Patents**" refers collectively to the '440 Patent, the '500 Patent, the '371 Patent, the '942 Patent, and the '777 Patent.
- The "**Asserted Claims**" refers collectively to Claim 1 of the '440 Patent; Claims 23 and 30 of the '500 Patent; Claims 28 and 30 of the '371 Patent; Claims 1 and 21 of the '942 Patent, and Claim 15 of the '777 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**QUESTION NO. 1a:**

Did **Mojo** prove by a preponderance of the evidence that **Samsung** infringed Claim 1 of the **'440 Patent**?

Yes: ✓ **OR** No: ____

**QUESTION NO. 1b:**

Did **Mojo** prove by a preponderance of the evidence that **Samsung** infringed **ANY** of the following Asserted Claims of the **'500 Patent**?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

Claim 23: Yes: ✓ **OR** No: ____

Claim 30: Yes: ✓ **OR** No: ____

**QUESTION NO. 1c:**

Did **Mojo** prove by a preponderance of the evidence that **Samsung** infringed **ANY** of the following Asserted Claims of the **'371 Patent**?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

Claim 28: Yes: ✓ **OR** No: ____

Claim 30: Yes: ✓ **OR** No: ____

**<u>QUESTION NO. 1d:</u>**

Did **Mojo** prove by a preponderance of the evidence that **Samsung** infringed **ANY** of the following Asserted Claims of the **'942 Patent**?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

Claim 1: Yes: ✓ **OR** No: ____

Claim 21: Yes: ✓ **OR** No: ____

**<u>QUESTION NO. 1e:</u>**

Did **Mojo** prove by a preponderance of the evidence that **Samsung** infringed claim 15 of the **'777 Patent**?

Yes: ✓ **OR** No: ____

**<u>If you answered NO for each Asserted Claim of Question Nos. 1a–1e, then DO NOT answer any portion of Question Nos. 2, 3, and 4.</u>**

**<u>If you answered YES for any of the Asserted Claims for Question Nos. 1a–1e, then proceed to answer the corresponding Question for that Asserted Claim for Question No. 2 (Question Nos. 2a–2e).</u>**

**<u>FOR EXAMPLE, if you answered YES for Claim 23 in Question No. 1b, but you answered NO for Claim 30 in Question No. 1b, then you would ONLY answer Question No. 2b as to Claim 23, but NOT as to Claim 30.</u>**

**QUESTION NO. 2a:**

Did **Samsung** prove by clear and convincing evidence that Claim 1 of the **'440 Patent** is **invalid** as **obvious**?

Yes: ___ **OR** No: _√_

**QUESTION NO. 2b:**

Did **Samsung** prove by clear and convincing evidence that **ANY** of the following Asserted Claims of the **'500 Patent** are **invalid** as **obvious**?

Answer "Yes" or "No" for the relevant Asserted Claims listed below.

Claim 23: Yes: ___ **OR** No: _√_

Claim 30: Yes: ___ **OR** No: _√_

**QUESTION NO. 2c:**

Did **Samsung** prove by clear and convincing evidence that **ANY** of the following Asserted Claims of the **'371 Patent** are **invalid** as **obvious**?

Answer "Yes" or "No" for the relevant Asserted Claims listed below.

Claim 28: Yes: ___ **OR** No: _√_

Claim 30: Yes: ___ **OR** No: _√_

**QUESTION NO. 2d:**

Did **Samsung** prove by clear and convincing evidence that **ANY** of the following Asserted Claims of the **'942 Patent** are **invalid** as **obvious**?

Answer "Yes" or "No" for the relevant Asserted Claims listed below.

Claim 1: Yes: ___ **OR** No: √

Claim 21: Yes: ___ **OR** No: √

**QUESTION NO. 2e:**

Did **Samsung** prove by clear and convincing evidence that Claim 15 of the **'777 Patent** is **invalid** as **obvious**?

Yes: ___ **OR** No: √

**Answer Question Nos. 3 and 4 ONLY as to any Asserted Claim that you have found to be infringed (see Question Nos. 1a, 1b, 1c, 1d, and 1e) AND not invalid (see Question Nos. 2a, 2b, 2c, 2d, and 2e).**

**If you find that ALL Asserted Claims are EITHER not infringed OR invalid, then DO NOT answer Questions Nos. 3 and 4.**

**QUESTION NO. 3:**

Did **Mojo** prove by a preponderance of the evidence that **Samsung** willfully infringed any of the Asserted Claims that you found were infringed and not invalid?

Yes: ✓ **OR** No: ____

**QUESTION NO. 4a:**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate **Mojo** for any infringement of the Asserted Claims by **Samsung** that you have found?

Answer in United States Dollars and Cents, if any.

$ 192,136,029.00

**QUESTION NO. 4b:**

Is the amount of money that you found in Question No. 4a a **Running Royalty** or a **Lump Sum**? Select one of the below answers:

Running royalty ___ **OR** Lump sum ✓

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 13th day of September, 2024.

______________________________
Jury Foreperson