IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOJO MOBILITY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD.; <br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:22-CV-00398-JRG-RSP <br><br><br> JURY TRIAL |

**UNOPPOSED MOTION FOR BILL OF COSTS**

Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, 28 U.S.C. Section 1920, the Court's Standing Order Regarding Bill of Costs, and the Final Judgment entered in this case (Dkt. 353). Plaintiff Mojo Mobilty, Inc. submits the attached Agreed Bill of Costs (Ex. A). Plaintiff has met and conferred with Defendants, and Defendants have agreed to costs in the amount of $124, 416.53.

Dated: April 3, 2025

Respectfully submitted,

| | |
|---|---|
| Samuel F. Baxter<br>Texas State Bar No. 1938000<br>sbaxter@McKoolSmith.com<br>Jennifer Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>104 E. Houston Street, Suite 300<br>Marshall, Texas 75670<br>Phone: (903) 923-9000<br>Fax: (903) 923-9099<br><br>Christopher P. McNett (*PHV*)<br>cmcnett@McKoolSmith.com<br>MCKOOL SMITH, P.C.<br>1999 K Street NW, Suite 600<br>Washington, D.C. 20006<br>Phone: (202) 370-8300<br>Fax: (202) 370-8344 | */s/ Steven J. Pollinger*<br>Steven J. Pollinger<br>Texas State Bar No. 24011919<br>spollinger@McKoolSmith.com<br>Charles E. Fowler, Jr.<br>Texas State Bar No. 24083014<br>cfowler@McKoolSmith.com<br>George T. Fishback, Jr.<br>Texas State Bar No. 24120823<br>gfishback@McKoolSmith.com<br>Kenneth M. Scott<br>Texas State Bar No. 24137497<br>kscott@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, Texas 78701<br>Phone: (512) 692-8700<br>Fax: (512) 692-8744<br><br>Ryan McBeth<br>Texas State Bar No. 24078955<br>rmcbeth@mckoolsmith.com<br>Archis "Neil" Ozarkar<br>Texas State Bar. 24079096<br>nozarkar@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>600 Travis St., Suite 7000<br>Houston, Texas 77002<br>Phone: (713) 485-7300<br>Fax: (713) 485-7344 |

**ATTORNEYS FOR PLAINTIFF MOJO MOBILITY, INC.**

**CERTIFICATE OF CONFERENCE**

Plaintiff certifies that counsel for Mojo and counsel for Samsung met and conferred concerning the substance of this Unopposed Motion for Bill of Costs and the relief requested via an exchange of several emails which culminated in a phone call on April 3, 2025. Samsung is not opposed to the Bill of Costs and the relief requested.

**CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of this document on all counsel of record by via the Court's CM/ECF system on April 3, 2025.

                                               */s/Steven J. Pollinger*
                                               Steven J. Pollinger